1  **JENNER & BLOCK LLP**
   Kate T. Spelman (SBN 269109)
2  KSpelman@jenner.com
   515 South Flower Street, Suite 3300
3  Los Angeles, CA  90071
   Telephone:    +1 213 239 5100
4  Facsimile:    +1 213 239 5199

5  Attorney for Defendant
   Davids Natural Toothpaste, Inc.
6

7  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (SBN 191626)
8  ltfisher@bursor.com
   Joshua R. Wilner (SBN 353949)
9  jwilner@bursor.com
   Joshua B. Glatt (SBN 354064)
10 jglatt@bursor.com
   1990 North California Boulevard, Suite 940
11 Walnut Creek, CA  94596
   Telephone:    +1 925 300 4455
12 Facsimile:    +1 925 407 2700

13 Attorneys for Plaintiffs

14
                          **UNITED STATES DISTRICT COURT**
15
                         **NORTHERN DISTRICT OF CALIFORNIA**
16
                                    **(SAN FRANCISCO)**
17

| | |
|---|---|
| ALEXANDRA SCHOEPS and MARLEY STUBBLEFIELD, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>       v.<br><br>DAVIDS NATURAL TOOTHPASTE, INC.,<br><br>                          Defendant. | Case No. 3:24-cv-01978-AMO<br><br>**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND TO APPEAR REMOTELY VIA ZOOM VIDEO**<br><br>Judge:   The Honorable Araceli Martínez-Olguín<br>Ctrm:    10, 19th Floor |

Pursuant to Civil L.R. 6-2(a), Plaintiffs Alexandra Schoeps and Marley Stubblefield ("Plaintiffs") and Defendant Davids Natural Toothpaste, Inc. ("Defendant") (together, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint on April 1, 2024 (ECF No. 1).

2. The Complaint was served on Defendant on or around April 3, 2024, and Defendant's original deadline to respond to the Complaint was April 24, 2024 (ECF No. 10).

3. The Parties previously stipulated and agreed to three extensions of Defendant's time to file a responsive pleading (ECF Nos. 12, 15, 18). Defendant's current deadline to respond to the Complaint is July 29, 2024 (ECF No. 18).

4. The Initial Case Management Conference is set for August 1, 2024 at 10:00 AM.

5. Pursuant to the Court's Standing Order for Civil Cases, the Court requires lead counsel to attend case management conferences. *See* Standing Order For Civil Cases Before District Judge Araceli Martínez-Olguín (Rev. Nov. 22, 2023) at 3.

6. Lead counsel for Defendant, Kate T. Spelman, has a commitment in another case on August 1, 2024, that cannot be moved due to witness availability, and will be traveling the following week. Accordingly, Ms. Spelman is unable to attend the Initial Case Management Conference as currently scheduled and cannot attend until August 15, 2024.

7. The Parties conducted their Rule 26(f) conference on July 11, 2024, and Plaintiff has served Defendant with Requests for Production of Documents. Continuing the Initial Case Management Conference will have no impact on any current case deadlines or the progress of discovery.

8. Therefore, the Parties conferred and agreed that the interests of judicial efficiency and conservation of the Parties' and the Court's resources would be best served by continuing the date of the Initial Case Management Conference until August 15, 2024, or a date thereafter.

9. The Parties further agree that the interests of efficiency and conservation of resources support holding the Initial Case Management Conference remotely via Zoom video.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. The Initial Case Management Conference shall be continued to August 15, 2024, or a date thereafter.

2. The Initial Case Management Conference shall be held remotely via Zoom video.

**IT IS SO STIPULATED.**

Dated:   July 15, 2024                    JENNER & BLOCK LLP[1]

                                          By:   */s/ Kate T. Spelman*
                                                Kate T. Spelman

                                                Attorney for Defendant
                                                Davids Natural Toothpaste, Inc.

Dated:   July 15, 2024                    BURSOR & FISHER, P.A.

                                          By:   */s/ L. Timothy Fisher*
                                                L. Timothy Fisher
                                                Joshua R. Wilner
                                                Joshua B. Glatt

                                                Attorneys for Plaintiffs

---

[1] Pursuant to Civil LR 5-1(i)(3), I, Kate T. Spelman, hereby attest that concurrence in the filing of this document has been obtained from L. Timothy Fisher, counsel for Plaintiffs.